# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**301-344-0052**

## M E M O R A N D U M

TO:        Counsel of Record

FROM:      Judge Roger W. Titus

RE:        *United States of America v. Alexander Michael Bailey*
           RWT 13-cr-450

DATE:      June 9, 2014

\* \* \* \* \* \* \* \* \*

At the request of the parties, the sentencing hearing currently scheduled for July 17, 2014 is hereby rescheduled for **August 28, 2014 at 2:00 p.m.** for two hours.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____
/s/
Roger W. Titus
United States District Judge