# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO:        Counsel of Record

FROM:    Judge Roger W. Titus

RE:        *United States of America v. Alexander Michael Bailey*  
              Criminal No. RWT-13-0450

DATE:    September 9, 2014

* * * * * * * * *

At the request of the parties, the sentencing hearing currently scheduled for September 10, 2014 is hereby rescheduled for **October 30, 2014 at 9:00 a.m.** for two hours.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge