## U. S. A.

vs.

## ALEXANDER M. BAILEY

**Criminal No. RWT- 13-0450**     **DEFENDANT'S SENTENCING HEARING EXHIBITS**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 10-30-14 | 10-30-14 | CV – Dr. Joette Deanna James |
| | | | |
| | | | |
| | | | **Exhibit returned to Defense counsel, this date, pending an appeal, if any.**       **H. Bea Merez Ctrm Deputy** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |